**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA HOUSE, | Case No. EDCV 10-678 VAP (DTBx) |
| Plaintiff, | **ORDER UPON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; HANNA, BROPHY, MacCLEAN, McALEER & JENSEN, LLP LONG TERM DISABILITY PLAN, | |
| Defendants. | Complaint Filed: May 5, 2010 |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. EDCV 10-678 VAP (DTBx) is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: January 5, 2011

Hon. Virginia A. Phillips
United States District Judge